STATE OF NEW JERSEY v. WILFORD LEE HOLMES.

September 16, 1975. Petition for certification denied.

JEROME L. SAUNDERS v.
JOHN ALEXANDER AND BRUNSWICK FUEL OIL Co.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH BUTLER.

September 16, 1975. Petition for certification denied.

ANNE PETERSON v. DONALD C. RODNER, INC.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ROY LEE CROSBY.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN ABLEMAN.

September 16, 1975. Petition for certification granted. (See 134 *N. J. Super.* 517)